IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES DAVIS,<br><br>    Petitioner,<br><br>v.<br><br>DAVID LARKINS, et al.,<br><br>    Respondents. | Civil Action No. 97-3338 |

**MEMORANDUM/ORDER**

Before the court is Mr. Larkin's motion seeking an extension of time to file his appeal of an order closing this case. *See* Docket No. 23 (order of September 12, 2007); Docket No. 27 (motion filed November 16, 2007). That order closed this case because the adjudication of Mr. Larkin's second habeas petition was proceeding under a new case number, Civil Action No. 05-3865. Regardless of the merits of Mr. Larkin's reasons for failing to file timely his notice of appeal of the court's order closing Civil Action No. 97-3338, it remains the case that Mr. Larkin's second habeas petition is being adjudicated under Civil Action No. 05-3865, and that there is no reason why Civil Action No. 97-3338 should not be closed. Accordingly, the court will deny Mr. Larkin's motion.

**AND NOW**, this 18th day of December, 2007, Mr. Larkin's motion for an extension of time to file his notice of appeal, *see* Docket No. 27, is **DENIED**.

BY THE COURT:

/s/ Louis H. Pollak
_____
Pollak, J.